■ In the Matter of RICHARD A. MAGELANER et al., Respondents, v RICHARD JANNACCIO et al., Appellants, and BOARD OF ELECTIONS OF CITY OF NEW YORK, Respondent. [746 NYS2d 408]

Contrary to the appellants' contention, the petition to invalidate the designating petition was properly granted. The appellants' petition to validate was insufficiently pleaded as a matter of law (*see Matter of Jannaccio v Board of Elections of City of N.Y.*, 297 AD2d 354 [decided herewith]). Prudenti, P.J., Feuerstein, Schmidt, Adams and Crane, JJ., concur.